IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| JERRY CURTIS, Institutional ID No. 8630, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| V. | ) ) | CIVIL ACTION NO. 5:17-CV-287-C |
| TERRY MORGAN, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## **ORDER**

Plaintiff, proceeding *pro se* and *in forma pauperis*, filed a civil rights complaint on December 11, 2017. By Order dated December 20, 2017, this case was transferred to the docket of the United States Magistrate Judge for screening pursuant to 28 U.S.C. §§ 1915 and 1915A. The United States Magistrate Judge entered a Report and Recommendation on January 23, 2018, recommending that the instant complaint be dismissed without prejudice for failure to prosecute. No objections have been filed, and the Report and Recommendation that was mailed to Plaintiff at the last address provided was returned as undeliverable on February 5, 2018.

The Court accepts and adopts the findings, conclusions, and recommendation of the Magistrate Judge.

It is, therefore, ORDERED:

(1)     Plaintiff's complaint and all claims alleged therein are dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

(2)     Any pending motions are denied.

Plaintiff is admonished that if he re-files his civil rights complaint, he must either pay the full filing fee of $400.00 or file an application to proceed *in forma pauperis* and a certificate of his inmate trust account.

Judgment shall be entered accordingly.

Dated February 7, 2018.

SAM R. CUMMINGS
Senior United States District Judge